IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. CARDELLO and<br>TRACY M. CARDELLO<br><br>VS.<br><br>CRC INDUSTRIES, INC., RADIATOR SPECIALTY COMPANY, UNITED STATES STEEL CORPORATION, THE SHERWIN-WILLIAMS COMPANY, Individually and d/b/a M.L. Campbell a Division of the Sherwin Williams Company, and d/b/a The Martin-Senour Company, a Division of The Sherwin Williams Company, and Successor to Pratt & Lambert United, Inc., NATIONAL AUTOMOTIVE PARTS ASSOCIATION, BLASTER CHEMICAL COMPANIES, INC., NATIONAL SERVICE INDUSTRIES, INC., ACUITY SPECIALTY PRODUCTS GROUP, INC., ASHLAND, INC., Individually and as Successor to Valvoline, Inc. and d/b/a The Valvoline Company, SUNOCO, INC. f/k/a Sun Company, Inc. and f/k/a Sun Oil Company, Inc., CHEVRONTEXACO CORPORATION, Individually and as Successor to and Through Liability for Piercing the Corporate Veil of Texaco, Inc., and TEXACO, INC. | AND NOW, THIS 6th DAY OF July, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.<br><br>_____<br>GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE<br><br>CIVIL ACTION NO. 05-1773<br><br>HONORABLE GARY L. LANCASTER |

### DEFENDANT RADIATOR SPECIALTY COMPANY'S MOTION TO RECONSIDER *SUA SPONTE* REMAND ORDER AND REQUEST FOR ORAL HEARING

Comes Now Radiator Specialty Company ("Radiator") and files this Motion to Reconsider this Court's *sua sponte* Remand Order, and asks this Court to reconsider

824913.1/004160.000146